

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00165-CV

**SHAKIEL SHALAYNE WHITFIELD,**

                                           **Appellant**

 **v.**

**SCOTT DE'WAYANE WHITFIELD,**

                                           **Appellee**

---

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. D22-30865-CV

---

## MEMORANDUM OPINION

---

The original filing fee for this appeal has not been paid.

By letter dated June 20, 2023, the Clerk of this Court notified appellant that the filing fee was past due and that unless appellant obtained indigent status pursuant to Texas Rule of Civil Procedure 145 and Texas Rule of Appellate Procedure 20.1, the payment of the fee is required. In the same letter, the Clerk also warned appellant that if the original filing fee was not paid within 14 days from the date of the letter, the appeal

would be dismissed.  Fourteen days have passed and the fee has not been paid.[1]

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Motion dismissed
Opinion delivered and filed July 12, 2023
[CV06]



---

[1] Instead of receiving the filing fee, we received from appellant a motion for extension of time to file appellant's brief.  The appellate record has not been filed and is not due to be filed until September 6, 2023; thus, appellant's brief is not yet due.  TEX. R. APP. P. 38.6(a).  Further, nothing about the filing fee was mentioned in the motion.  Appellant's motion for extension of time to file appellant's brief, filed on July 7, 2023, is dismissed.